David Allen AMOS, Appellant,

v.

STATE of Missouri, Respondent.

No. 64592.

Missouri Court of Appeals,
Eastern District,
Division One.

April 26, 1994.

Emmett D. Quener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Movant appeals the motion court's denial of his ineffective assistance of counsel claim following an evidentiary hearing. We affirm. We find no error of law appears, and the findings of fact issued by the motion court in denying Movant's motion are not clearly erroneous. Rule 84.16(b)(2) and (5).

We further find an opinion in this case would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.

---

Robert W. FRAZIER, Respondent,

v.

COM TRANS/NORTH AMERICAN VAN LINES, Appellant.

No. 64813.

Missouri Court of Appeals,
Eastern District,
Division One.

April 26, 1994.

Bradley V. Spaunhorst, St. Louis, for appellant.

Gary J. Sanguinet, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employer appeals from the decision of the Labor and Industrial Relations Commission (Commission) awarding Claimant workers' compensation benefits. We find the Commission's order is supported by competent and substantial evidence on the whole record and affirm. Rule 84.16(b)(4); § 288.210, RSMo 1986. We further determine an opinion would have no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been provided to the parties for their use only.